IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIMBERLY JOHNSON, | § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | No. 3:25-cv-274-E-BN |
| OCTOPUS ENERGY, LLC, | | |
| Defendant. | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff's Motion for Alternate Service and Default Judgment [Dkt. No. 9].

SO ORDERED this 17th day of March, 2025.

Ada Brown
UNITED STATES DISTRICT JUDGE