**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| Kimberly Johnson, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-cv-274-E-BN |
| | § | |
| Octopus Energy, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 28, 2026 (ECF No. 25). No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and Plaintiff Kimberly Johnson's motion for leave to file a second amendment complaint (ECF No. 22) is **DENIED** and Defendant Octopus Energy, LLC's motion to dismiss the amended complaint (ECF No. 19) is **GRANTED** for failure to state a claim. All claims arising under federal law are **DISMISSED WITH PREJUDICE** and all remaining state law claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

20th day of March, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE